# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 22 WM 2015
:
Respondent :
:
:
:
:
v. :
:
:
:
GISELE PARIS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2015, the Petition for Review under King's Bench Jurisdiction and the Petition for Leave to File a Response are **DENIED**.